UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                NO. 2:12-mj-00025

JAMES A. MATHENY

MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. Eligibility of Case. This case involves a:

__X__ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

_____ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

_____ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

_____ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

_____ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

_____ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

_____ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

   <u>  X  </u>  Defendant's appearance as required

   <u>  X  </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

   <u>      </u>  Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

   <u>      </u>  Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first four categories listed under Paragraph 1 of this motion.

   <u>      </u>  Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425)

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

   <u>      </u>  At first appearance

   <u>  X  </u>  After continuance of <u>  3  </u> days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

    6.   <u>Other Matters</u>.

_____

_____

DATED this 29th day of February, 2012.

                                     Respectfully submitted,

                                     <u>/s/ R. Booth Goodwin</u>
                                   R. BOOTH GOODWIN II
                                   United States Attorney
                                   WV Bar No. 7165
                                   300 Virginia Street, East
                                   Room 4000
                                   Charleston, WV 25301
                                   Telephone:  304-345-2200
                                   Fax:  304-347-
                                   Email: booth.goodwin@usdoj.gov